No. 01–8924. HUNT v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–8930. DAVIS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–8955. WINKE v. BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P. C. Ct. App. Iowa. Certiorari denied.

No. 01–9132. HAMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9182. KNIGHT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 01–9224. WEBBER v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–9244. PETTY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–9248. HERNANDEZ-DIAZ, AKA DIAZ, AKA ALCAROZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9277. LEMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9285. VALENTINE, AKA PORTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9292. WOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9297. FIMBRES-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9303. BERRY, AKA QUINONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–9309. ROGERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.